1  ROBERT L. FIRTH, ESQ. (BAR NO. 231432)
   30877 DATE PALM DRIVE, STE B-3
2  CATHERAL CITY, CA 92234
   TELEPHONE: (760) 770-4066
3  FACSIMILE:  (760) 770-4006

4  ATTORNEY FOR DEBTOR  BRIAN W. DAVIES

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>　　BRIAN W. DAVIES<br>　　　　　　　　Debtor.<br>------------------------------------------------<br>, | **Case No.  6:10-bk-37900-TD**<br><br>**HON. THOMAS B. DONOVAN**<br><br>**EMERGENCY MOTION TO EXTEND DATE OF DISCHARGE AND TO EXTEND THE AUTOMATIC STAY ON PROPERTY RULE 4004 (C)(2)**<br><u>HEARING DATE:</u><br><br>DATE: JANUARY 6, 2010<br>TIME:   11 AM<br>CTRM:   225 |

　　DEBTOR, through counsel requests emergency motion to extend the date of discharge and to extend the automatic stay on his homestead property at 43277 Sentiero Drive Indio, California.  Debtor will file adversaries pursuant to 511 U.S.C. § 522(f).

　　Debtor's Trustee has abandoned the claim on property and Debtor risks property being sold by entities attempting to assert an interest, yet which have no right, title or interest therein and without the safeguard of judicial oversight, consequent to the non-judicial protocols of the State of California.

1  This Court has denied a motions for relief from automatic stay by; 1) Movant
2  ONEWEST BANK, FSB [Dockets 29], and 2) Movant ONEWEST BANK, AS
3  SERVICING AGENT FOR DEUTSCHE BANK [Docket 49], (Hon. THOMAS
4  DONOVAN, United States Bankruptcy Judge, on November 18, 2010).

Debtor represents that Movants have "No Standing" to attempt to assert or enforce rights they seek to claim under the Promissory Note dated November 17, 2006 and associated Deed of Trust, facially securing such note by recordation with Riverside County Recorder on November 17, 2006 as instrument number 2006-0853245.

Debtor request for this Court to extend the date of discharge until these controversies are resolved appropriately.

Respectfully submitted:

DATED: December 1, 2010          _____/s/ Robert L. Firth_____
                                  Attorney for Plaintiff
                                  ROBERT L. FIRTH, ESQ. (BAR NO. 231432)
                                  30877 DATE PALM DRIVE, STE B-3
                                  CATHERAL CITY, CA 92234
                                  TELEPHONE: (760) 770-4066
                                  FACSIMILE:  (760) 770-4006

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**30877 Date Palm Dr. Suite B-3**
**Cathedral City, CA 92234**

A true and correct copy of the foregoing document described as **EMERGENCY MOTION TO EXTEND DATE OF DISCHARGE AND TO EXTEND THE AUTOMATIC STAY ON PROPERTY RULE 4004 (C)(2), Proof of service** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **12/03/2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Thomas B. Donovan**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1352/Courtroom 1345**
**Los Angeles, CA 90012**

**Patricia J. Zimmermann**
31566 Railroad Canyon Road
Suite 306
**Canyon Lake**, CA 92587

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/3/2010 | **Michelle Mason** | **/s/ Michelle Mason** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

### ATTACHMENT

| | |
|---|---|
| 1 | **Service List** |
| 2 | Brian William Davies |
| 3 | 43277 Sentiero Dr.<br>Indio, CA 92203 |
| 4 | |
| 5 | Christopher J. Woo<br>Randall Miller & Associates |
| 6 | 15165 Ventura Blvd. #330<br>Sherman Oaks, CA 91403 |
| 7 | |
| 8 | Universal American Mortgage<br>K&L Gates, LLP |
| 9 | 10100 Santa Monica Blvd.<br>7th Floor |
| 10 | Los Angeles, CA 90067 |
| 11 | Specialized Loan Servicing<br>8742 Lucent Blvd. , Suite 300 |
| 12 | Littleton, CO 80129 |
| 13 | Bimini Capital |
| 14 | Formerly Known as Opteum Financial Services<br>3305 Flamingo Dr. |
| 15 | Vero Beach, FL 32963 |
| 16 | Mortgage Electronic Registration Systems, Inc. |
| 17 | 3300 South West 34th Ave, Suite 101<br>Ocala, Florida 34474-7748 |
| 18 | Deutsche Bank National Trust Company |
| 19 | Jennifer Van Dyne – Trust Administrator<br>1761 East Street Andrew Place |
| 20 | Santa Ana, CA 92705 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |