| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROBERT L. FIRTH, ESQ. (BAR NO. 231432)<br>30877 DATE PALM DRIVE, STE B-3<br>CATHERAL CITY, CA 92234<br>TELEPHONE: (760) 770-4066<br>FACSIMILE:  (760) 770-4006<br><br>☐ *Individual appearing without counsel*<br>**X** *Attorney for Debtor* | **FILED & ENTERED**<br><br>**JAN 07 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY penning  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    BRIAN W. DAVIES<br><br>                                                    Debtor.<br><br>    PATRICIA J ZIMMERMAN                    Trustee. | CHAPTER: **7**<br><br>CASE NO.: **6:10-bk-37900-TD**<br><br>DATE: **11-18-10**<br>TIME:    11 am<br>CTRM:   225<br>FLOOR:  SECOND |

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362
### (MOVANT: ONEWEST BANK [29], ONEWEST BANK AS AGENT OF DEUTSCHE BANK [49]   )

1. The Motion was:    **X** Contested    ☐ Uncontested    ☐ Not Prosecuted

2. The description of the property (the "Property") to which this Order applies is as follows *(specify common description or street address)*:  **43277 SENTIERO DRIVE  INDIO, CALIFORNIA 92203  (SEE ATTACHED LEGAL DESCRIPTION)**

3. The Motion is denied:    **X** without prejudice    ☐ with prejudice    ☐ on the following grounds:

    **X** Based upon the findings and conclusions made on the record at the hearing
    **X** Unexcused non-appearance by Movant
    ☐ Lack of proper service
    ☐ Lack of good cause shown for relief from stay
    ☐ The automatic stay is no longer in effect under:    ☐ 11 U.S.C. § 362(c)(2)(A)    ☐ 11 U.S.C. § 362(c)(2)(B)
                                                                                            ☐ 11 U.S.C. § 362(c)(3)(A)    ☐ 11 U.S.C. § 362(c)(4)(A)

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 4001-10.DENY**

**X**    Other *(specify)*:
    1.    ONEWEST BANK [29], AND ONEWEST BANK AS AGENT FOR DEUTSCHE BANK [49] LACK STANDING.
    2.    MOVANT'S DECLARATION LACKS CREDIBILITY, HAVING SIGNED BOTH AS AN EMPLOYEE OF MOVANT AND AS AN AGENT FOR MERS.

4.    ~~X    Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing.~~    TBD

###

DATED: January 7, 2011

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 4001-10.DENY**

Order Denying Motion for Relief from Automatic Stay – Page 2 of 6   **F 4001-10.DENY**

| In re: BRIAN W. DAVIES | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 6:10-bk-37900-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**30877 Date Palm Dr. Suite B-3 Cathedral City, CA 92234**

A true and correct copy of the foregoing document described   **ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY ONEWEST BANK [29], AND ONEWEST BANK AS AGENT FOR DEUTSCHE BANK [49]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 12/10/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Honorable Thomas B. Donovan**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1352/Courtroom 1345**
**Los Angeles, CA 90012**

**Patricia J. Zimmermann**
31566 Railroad Canyon Road
Suite 306
**Canyon Lake**, CA 92587

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/09/2010 | Michelle Mason | /s/ Michelle Mason |
|---|---|---|
| Date | Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 4001-10.DENY**

Order Denying Motion for Relief from Automatic Stay – Page 3 of 6    **F 4001-10.DENY**

| In re: BRIAN W. DAVIES | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 6:10-bk-37900-TD |

## ADDITIONAL SERVICE LIST

Brian William Davies
43277 Sentiero Dr.
Indio, CA 92203

Christopher J. Woo
Randall Miller & Associates
15165 Ventura Blvd. #330
Sherman Oaks, CA 91403

Universal American Mortgage
K&L Gates, LLP
10100 Santa Monica Blvd.
7th Floor
Los Angeles, CA 90067

Specialized Loan Servicing
8742 Lucent Blvd. , Suite 300
Littleton, CO 80129

Bimini Capital
Formerly Known as Opteum Financial Services
3305 Flamingo Dr.
Vero Beach, FL 32963

Mortgage Electronic Registration Systems, Inc.
3300 South West 34th Ave, Suite 101
Ocala, Florida 34474-7748

Deutsche Bank National Trust Company
Jennifer Van Dyne – Trust Administrator
1761 East Street Andrew Place
Santa Ana, CA 92705

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.DENY**

Order Denying Motion for Relief from Automatic Stay – Page 4 of 6    **F 4001-10.DENY**

| In re: BRIAN W. DAVIES | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 6:10-bk-37900-TD |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**
(*specify*) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.DENY**

Order Denying Motion for Relief from Automatic Stay – Page 5 of 6    **F 4001-10.DENY**

| In re: BRIAN W. DAVIES | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 6:10-bk-37900-TD |

## ADDITIONAL SERVICE LIST

Brian William Davies
43277 Sentiero Dr.
Indio, CA 92203

Christopher J. Woo
Randall Miller & Associates
15165 Ventura Blvd. #330
Sherman Oaks, CA 91403

Universal American Mortgage
K&L Gates, LLP
10100 Santa Monica Blvd.
7th Floor
Los Angeles, CA 90067

Specialized Loan Servicing
8742 Lucent Blvd. , Suite 300
Littleton, CO 80129

Bimini Capital
Formerly Known as Opteum Financial Services
3305 Flamingo Dr.
Vero Beach, FL 32963

Mortgage Electronic Registration Systems, Inc.
3300 South West 34th Ave, Suite 101
Ocala, Florida 34474-7748

Deutsche Bank National Trust Company
Jennifer Van Dyne – Trust Administrator
1761 East Street Andrew Place
Santa Ana, CA 92705

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                             **F 4001-10.DENY**