| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Harre, Esq.<br>8700 Warner Avenue, Suite 200<br>Fountain Valley, CA 92708<br>(714) 907-4182 Fax: (714) 907-4175<br>California State Bar Number: 86938<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

    Brian William Davies

                                  Debtor.

vs.

                        Plaintiff(s),

                        Defendant(s).

CHAPTER __7__

CASE NUMBER 10-37900-SC

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*: **Brian William Davies**

2. The name, address and telephone number of the New Attorney are *(specify)*: **Gary Harre, Esq.**

3. New Attorney hereby appears in the following matters:   ☒ The case     ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: **Robert L. Firth, Esq.**

Dated: March 11, 2011

__Brian William Davies__
*Type Name of Party*

                                                                */s/ Brian W. Davies*
                                                                *Signature of Party*

I consent to the above substitution.

Dated: March 11, 2011

__Robert L. Firth__
*Type Name of Present Attorney*

                                                                 *Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: March 11, 2011

__Gary Harre, Esq.__
*Type Name of New Attorney*

                                                                 *Signature of New Attorney*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy