FILED & ENTERED

JUL 25 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BRIAN WILLIAM DAVIES,<br><br>Debtor(s), | Case No.: 6:10-bk-37900-SC<br><br>Chapter: 7<br><br>**ORDER DENYING MOTION FOR STAY PENDING APPEAL OF THE ORDER DENYING IN PART AND GRANTING IN PART TRUSTEE'S MOTION TO SET ASIDE/RECONSIDER ORDER GRANTING DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY THE TRUSTEE AND TO WITHDRAW THE TRUSTEE'S NO ASSET REPORT**<br><br>**<u>Hearing Date</u>:**<br>**Date: July 25, 2011**<br>**Time: 11:00 a.m.**<br>**Location: Video Hearing Room 126,**<br>**3240 Twelfth Street, Riverside, CA 92501**<br><br>**and**<br><br>**Ronald Reagan Federal Building & Court House, Courtroom 5C**<br>**411 West Fourth Street**<br>**Santa Ana, CA 92701** |

///

- 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   A hearing on the Emergency Motion for Stay Pending Appeal of the Order Denying in Part and Granting in Part Trustee's Motion to Set Aside/Reconsider Order Granting Debtor's Motion to Compel Abandonment of Property by the Trustee and to Withdraw the Trustee's No Asset Report (the "Motion") filed by Debtor Richard John Rinard was held on the above date and time.  Appearances are as noted on the record.  The Court, having considered the Motion, the Opposition filed by Chapter 7 Trustee, the pleadings and files in this case, as well as oral argument of counsel at the hearing, and for the reasons set forth in the contemporaneously filed Memorandum of Opinion, and finding good cause therefore, hereby ORDERS as follows:

   The Motion is DENIED.

DATED: July 25, 2011

_____

United States Bankruptcy Judge

- 2

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or
attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION FOR STAY PENDING APPEAL OF THE ORDER DENYING IN PART AND GRANTING IN PART TRUSTEE'S MOTION TO SET ASIDE/RECONSIDER ORDER GRANTING DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY THE TRUSTEE AND TO WITHDRAW THE TRUSTEE'S NO ASSET REPORT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  July 25, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Gary L Harre    ghcmecf@gmail.com
- Christopher Hoo    choo@millerlaw.biz
- Andrew E Miller    amiller@allenmatkins.com
- Loraine L Pedowitz    lpedowitz@allenmatkins.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Patricia J Zimmermann (TR)    pjztrustee@aol.com, pzimmermann@ecf.epiqsystems.com

☐ Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Brian William Davies
43277 Sentiero Dr.
Indio, CA 92203

☐ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page